UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CAREY, AR0478,<br>　　　　　Petitioner,<br>　　v.<br>CRAIG KOENIG, Acting Warden,<br>　　　　　Respondent. | Case No. 18-cv-02583-CRB (PR)<br><br>**JUDGMENT** |

　　　　For the reasons set forth in the accompanying order granting respondent's motion to dismiss the petition as untimely, judgment is entered in favor of respondent and against petitioner.

　　　　The clerk is directed to close the case and terminate all pending motions as moot.

　　　　**IT IS SO ORDERED**.

Dated: April 25, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CAREY,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>        Defendants. | Case No. 3:18-cv-02583-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcus Carey ID: AR-0478
Correctional Training Facility (CTF)
P.O. Box 705
Soledad, CA 93960

Dated: April 25, 2019

                                    Susan Y. Soong
                                    Clerk, United States District Court

                                    By:_____
                                    Lashanda Scott, Deputy Clerk to the
                                    Honorable CHARLES R. BREYER